UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

PANDORA SELECT PARTNERS, L.P.,

      Plaintiff,

v.                                                    **ORDER**
                                                      Civil File No. 05-2229 (MJD/SRN)

TRAKLOC INTERNATIONAL, LLC,
ET AL.,

      Defendants.
_____

On July 24, 2006, this Court ordered that the above case be dismissed. Based on the letter received from Plaintiff's counsel dated July 24, 2006, this order is vacated.

**IT IS HEREBY ORDERED** that

The Court's Order dismissing the case [Docket No. 70] is **VACATED**.


Dated:  July 27, 2006                        s / Michael J. Davis
                                                              Judge Michael J. Davis
                                                              United States District Court