UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PANDORA SELECT PARTNERS, L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAKLOC INTERNATIONAL, LLC (a Nevada limited liability company) ALBERT S. HILL; RICHARD E. KNECHT; SOUTHEASTERN METAL, INC. (a Delaware corporation); and GARY L. NELSON, JR.,<br><br>    Defendants. | File No. 05-02229 MJD/SRN<br><br>**ORDER FOR DISMISSAL** |

Based upon the foregoing Stipulation of the parties, it is hereby ordered that:

1.    All of the claims between Pandora, on the one hand, and Trakloc, Hill and Knecht, on the other hand, are dismissed <u>with prejudice</u>.

2.    All of the claims against SEM and/or Nelson, whether asserted by Pandora, Trakloc, Hill or Knecht, are dismissed <u>without prejudice</u>.

3.    Each party shall bear its/his own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:   August 4, 2006                     s/Michael J. Davis
                                                       The Honorable Michael J. Davis
                                                       United States District Court